```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/24/20

**BISHOP,**

                **Plaintiff,**

-against-

**BARNEY GREENGRASS, INC.,**      20-CV-395 (ALC)

                **Defendants.**      **ORDER**

```
------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by May 7, 2020.

**SO ORDERED.**

**Dated:** April 24, 2020

    New York, New York                 **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**