USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BISHOP,

                **Plaintiff,**

-against-

BARNEY GREENGRASS, INC.,

                **Defendant.**

20-CV-395

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   **June 3, 2020**
             New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**